No. 00–952. WISCONSIN DEPARTMENT OF HEALTH AND FAMILY SERVICES *v.* BLUMER. Ct. App. Wis. Motion of respondent

for leave to proceed *in forma pauperis* granted. Certiorari granted.